# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

RANDY BROWN,

        Plaintiff-Appellant,

v.

JPMORGAN CHASE BANK, N.A, *et al.*,

        Defendants-Appellees.

No. 19-7050

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Defendant-Appellee Ocwen Loan Servicing, LLC ("OLS") hereby submits this certificate as to parties, rulings, and related cases pursuant to D.C. Circuit Rule 28(a)(1) and the Court's Order dated June 19, 2019.

## I.    Parties and Amici

### A.    Parties before the District Court and this Court

The following parties appeared in the proceedings before the United States District Court and are parties to the appeal in this Court:

- Plaintiff Randy G. Brown;

- Defendant JPMorgan Chase Bank, N.A.;

- Defendant Ocwen Loan Servicing, LLC; and

- Defendant Select Portfolio Servicing.

The following entities were parties to the proceedings before the District Court, but were dismissed by the District Court and are not parties to the appeal in this Court:

- Ocwen Financial Corporation; and

- John Does 1-4.

### B.     Corporate Disclosure Statement of OLS

OLS is an entity that services residential mortgage loans secured by properties located throughout the United States.  Through and including May 31, 2019, OLS was a wholly-owned subsidiary of Ocwen Mortgage Servicing, Inc., which was a wholly-owned subsidiary of Ocwen Financial Corporation.  On June 1, 2019, OLS merged with and into PHH Mortgage Corporation ("PHH").  PHH is a wholly-owned subsidiary of PHH Corporation, which is a wholly-owned subsidiary of Ocwen Financial Corporation.  Ocwen Financial Corporation is a publicly-traded company.  No publicly-held company owns 10% or more of Ocwen Financial Corporation's stock.

## II.     Ruling Under Review

Pursuant to the Notice of Appeal filed by Plaintiff-Appellant Randy Brown, the ruling under review is the District Court's Memorandum Opinion and Order dated May 10, 2019 (Dkt. No. 111), denying Plaintiff-Appellant's Motion for Relief from Judgment under Rule 60(b) of the Federal Rules of Civil Procedure

(Hon. Amy Berman Jackson, U.S. District Judge). A copy of the District Court's Memorandum Opinion and Order is included at pages 28 to 38 of the Notice of Appeal (Doc. No. 1790547). No official citation of the District Court's Order exists.

## III.    Related Cases

Plaintiff-Appellant Randy Brown filed an earlier interlocutory appeal in this case. *See Brown v. JPMorgan Chase Bank, N.A., et al.*, No. 18-7174 (Notice of Appeal filed on November 28, 2018). On November 29, 2018, the Court issued an Order requiring Plaintiff-Appellant to "show cause on or before December 31, 2018, why this appeal from an interlocutory order of the district court should not be dismissed for lack of jurisdiction." *Id.* at Doc. No. 1762117.

On July 17, 2019, the Court issued a Per Curiam Order dismissing the appeal for lack of jurisdiction and denying Plaintiff-Appellant's motion for a preliminary injunction as moot. *Id.* at Doc. No. 1797632, at 1-2. The Court ordered the Clerk "to withhold issuance of the mandate . . . until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc." *Id.* at 3.

Counsel for OLS is not aware of any other pending related cases within the meaning of D.C. Circuit Rule 28(a)(1)(C).

Dated: July 19, 2019

Respectfully submitted,

 */s/ Robert W. Sparkes, III*
Andrew C. Glass
Robert W. Sparkes, III
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
(617) 261-3100 (telephone)
(617) 261-3175 (facsimile)
andrew.glass@klgates.com
robert.sparkes@klgates.com

Stavroula Lambrakopoulos
K&L GATES LLP
1601 K Street NW
Washington, DC 20006
(202) 778-9248 (telephone)
(202) 778-9100 (facsimile)
Stavroula.Lambrakopoulos@klgates.com

*Counsel for Defendant Ocwen Loan Servicing, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2019, the foregoing document was electronically filed with the Clerk of the Court using the ECF system, which will provide proper notification of filing and service on all parties, and I further certify that on the same date I caused to be mailed a copy of the foregoing by first class mail to these parties:

RANDY G. BROWN
2020 Pennsylvania Avenue
P.O. BOX 331
Washington, DC 20006

An additional copy was sent by e-mail to Plaintiff-Appellant Randy G. Brown at zeugma7@verizon.net.

/s/ Robert W. Sparkes, III
Robert W. Sparkes, III